**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY GOLDEN, ) | Case No. CV 18-3060 FMO (JEMx) |
|     Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| OLI FUEL, INC., ) | |
|     Defendant. ) | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 6th day of August, 2018.

                                                      /s/
                                       Fernando M. Olguin
                                  United States District Judge